# *LEO FOX*
*ATTORNEY-AT-LAW*

**630 Third Avenue, New York, New York 10017**
**(212) 867-9595   Fax (212) 949-1857**
*E-Mail:* leofox1947@aol.com

March 29, 2017

Honorable Michael E. Wiles
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York 10004-1408

Re:   A.N. Frieda
      Case No. 15-11862 (MEW)
      Matthew C Harrison, Jr. v. MMW Diamonds Inc.
      Adv. Proc. No. 16-01240 (MEW)_____

Dear Judge Wiles:

    Briefly responding to Mr. Jones' letter dated March 28, 2017, the Defendant's ordinary course business defense is unsuccessful because of the unusual timing of the memorandum and the invoicing which is referred to in that letter.  We are willing to discuss a settlement with this Defendant at any time.

    Moreover, Plaintiff timely responded by response dated February 24, 2017 to the Defendant's request for admissions but asked that Plaintiff respond to the Plaintiff's request for documents dated December 8, 2016 in this case where the Debtor is overseas before being required to be put into the position of responding to interrogatories without the benefit of these documents.

    Thank you.

Very truly yours,

*/s/ Leo Fox*_____
Leo Fox

LF:cb