Leo Fox, Esq.
630 Third Avenue
18th Floor
New York, New York 10017
(212) 867-9595

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In re:                                                                                  Chapter 7

    A.N. FRIEDA,                                                          Case No. 15-11862 (MEW)

                        Debtor.
-------------------------------------------------------------X
MATTHEW C. HARRISON, JR.,

                Trustee-Plaintiff,

    - against -                                                            Adv. Pro. No. 16-01240 (MEW)

MMW DIAMONDS INC.,

                Defendant.
-------------------------------------------------------------X

## NOTICE OF PRESENTMENT

*SIRS*:

    *PLEASE TAKE NOTICE* that the above Debtor, by Leo Fox, its attorney, shall present for signature a proposed Order approving the Stipulation of Settlement of the above action on May 17, 2017 at 10:00 o'clock in the forenoon before the Honorable Michael E. Wiles, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408.

    *PLEASE TAKE FURTHER NOTICE* any objection to the Order must be in writing, must set forth in detail the grounds and facts of such objection and the legal basis therefore, and in accordance with Federal Rule of Bankruptcy Procedure 3017, must be filed with the Clerk of the Bankruptcy Court, Old Customs House, One Bowling Green, New York, New York,

electronically in accordance with General Order M-242 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and served in accordance with General Order M-242, and served so as to be received by (1) Leo Fox, Esq., as counsel to Debtor; and (2) The Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014 on or before three business days before the scheduled Hearing Date herein (the "Objections Deadline").

Dated: New York, New York
      April 27, 2017

                Respectfully submitted,

                *MATTHEW C. HARRISON, JR.*
                *Trustee-Plaintiff*

      By:   *s/Leo Fox*
             LEO FOX, ESQ. (LF-1947)
             Attorney for the Debtor
             630 Third Avenue
             New York, New York 10017
             (212) 867-9595

Leo Fox, Esq.
630 Third Avenue
18th Floor
New York, New York 10017
(212) 867-9595

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                              Chapter 7

    A.N. FRIEDA,                              Case No. 15-11862 (MEW)

                               Debtor.
------------------------------------------------------------X
MATTHEW C. HARRISON, JR.,

                Trustee-Plaintiff,

    - against -                                    Adv. Pro. No. 16-01240 (MEW)

MMW DIAMONDS INC.,

                Defendant.
------------------------------------------------------------X

## STIPULATION OF SETTLEMENT

    *WHEREAS* on July 16, 2015 a Petition under Chapter 7 of the Bankruptcy Code was filed against the Debtor in this Court and on September 9, 2015 an Order for Relief was granted. Matthew C. Harrison, Jr., is the duly elected and appointed Trustee for the bankruptcy estate.

    *WHEREAS* on or about October 24, 2016, the Trustee commenced this preference action against the Defendant seeking the recovery of preferences of $15,000.

    *WHEREAS* on or about January 23, 2017, Defendant interposed its Answer denying the allegations.

*WHEREAS* the parties wish to settle the disputes.

*IT IS HEREBY STIPULATED AND AGREED*

1. The within Adversary Proceeding is settled by payment of $5,000 in cash payable to Matthew C. Harrison, Jr., as Chapter 7 Trustee, upon entry of an Order of this Court approving the settlement in full satisfaction and settlement of the claims asserted in the Adversary Proceeding.

2. This Stipulation shall be effective upon entry of a Bankruptcy Court Order. If no Order is obtained, this Stipulation shall have no force and effect and shall not any binding effect against either party.

| By: _____ | By: _____ |
| Roland Garry Jones, Esq. | Leo Fox, Esq. |
| *Attorneys for Defendant* | *Attorney for Trustee-Plaintiff* |
| 1745 Broadway – 17th Floor | 630 Third Avenue -18th Floor |
| New York, New York 10019 | New York, New York 10017 |
| (347) 862-9254 | (212) 867-9595 |
| Dated: April 27 2017 | Dated: April 27 2017 |

*SO ORDERED*:

_____
Honorable Michael E. Wiles
United States Bankruptcy Judge

2